**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEBBIE R. ROBERTS**                                                              **PLAINTIFF**

VS.                              CASE NO. 3:15CV00372 PSH

**CAROLYN W. COLVIN,**
Acting Commissioner, Social
Security Administration                                                              **DEFENDANT**

**ORDER**

Defendant Carolyn W. Colvin ("Colvin"), in her unopposed motion to reverse and remand (docket entry no. 12) requests this case be reversed and remanded for further administrative proceedings. For good cause, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 10th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE