IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEBBIE R. ROBERTS**                                                                 **PLAINTIFF**

VS.                              **CASE NO. 3:15CV00372 PSH**

**CAROLYN W. COLVIN,**
Acting Commissioner, Social
Security Administration                                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 10th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE