**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEBBIE ROBERTS**                                                                                   **PLAINTIFF**

**VS.**                              **CASE NO. 3:15CV00372 PSH**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                          **DEFENDANT**

**ORDER**

Two motions are pending in this social security case.

The motion of Bartels Law Firm to substitute counsel (docket entry no. 15) is granted, and the Clerk is directed to substitute Stephanie Bartels Wallace as counsel for plaintiff Debbie Roberts ("Roberts").

Roberts requests the award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Carolyn W. Colvin ("Colvin") does not oppose the motion. This motion (docket entry no. 16) is granted. We approve an EAJA award in the total amount of $2,198.32 ($2,178.25 in attorney fees, plus $20.07 in expenses). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Roberts, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Roberts, in care of her attorney, Ms. Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 1st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE